```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

SHIRLEY HEDBERG,

        Plaintiff,

v.                               Case No. 8:10-cv-592-T-33TBM

ACTAVIS GROUP, ET AL.,

        Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to Defendants' Unopposed Motion to Stay Proceedings (Doc. # 5), filed on March 15, 2010. Defendants seek an order staying this case until such time as the Judicial Panel on Multidistrict Litigation has determined whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Southern District of West Virginia (MDL-1968).

This Court agrees with the relief sought by Defendants, and in the interest of judicial economy, this Court stays and administratively closes this matter pending the decision of the Judicial Panel on Multidistrict Litigation. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the requested stay

is reasonable and appropriate under the circumstances.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. Defendants' Unopposed Motion to Stay Proceedings (Doc. # 5) is **GRANTED** and the Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case until such time as the Judicial Panel on Multidistrict Litigation has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Southern District of West Virginia (MDL-1968).

2. The parties shall immediately inform the court when the Panel has made its final ruling.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of March 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

2